UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DOMINIQUE DARNELL ROBINSON,

        Plaintiff,

    v.                                    Case No. 24-cv-1280-bhl

JOHN DOE, et al.,

        Defendants.

## ORDER ADDING DENITA BALL AS A NOMINAL DEFENDANT FOR THE LIMITED PURPOSE OF CONDUCTING DISCOVERY

Plaintiff Dominique Robinson is proceeding on a Fourteenth Amendment denial of medical care claim against Wellpath Nurse Tammy, Wellpath Nurse Lea, Wellpath Nurse Brittany, Wellpath Nurse Griffin, Wellpath Jane Doe Nurses #1-2, Wellpath Physical Therapist April, Wellpath Physical Therapist Ann, and John Doe Correctional Officer in connection with the failure to treat his head, neck, and back pain at the Milwaukee County Jail since November 2024. Dkt. Nos. 8 & 12.

On September 8, 2025, the Court entered a Scheduling Order directing Robinson to identify the real name of John Doe Correctional Officer by **November 24, 2025**. Dkt. No. 28. To assist in that process, the Court will name Sheriff Denita Ball of the Milwaukee County Jail as a nominal defendant for the limited purpose of helping Robinson identify the real name of John Doe Correctional Officer. *See Donald v. Cook County Sheriff's Dept.,* 95 F.3d 548, 556 (7th Cir. 1996). Sheriff Ball will be served with the amended complaint and a copy of this order. After Sheriff Ball's attorney files an appearance in this case, Robinson may serve discovery by mailing it to her attorney at the address in the notice of appearance to get information that will help him identify the real name of John Doe Correctional Officer. For example, Robinson may serve interrogatories

(written questions) under Federal Rule of Civil Procedure 33 or request documents under Federal Rule of Civil Procedure 34.

Because Robinson has not stated claims against Sheriff Ball, she does not have to respond to the amended complaint. Robinson's discovery requests must also be limited to information or documents that will help him learn the real name of John Doe Correctional Officer. Robinson may not ask Sheriff Ball about any other topic, and she is under no obligation to respond to requests about any other topic. Once John Doe Correctional Officer is identified, the Court will dismiss Sheriff Ball from the case. Robinson is reminded that, if he does not identify the real name of John Doe Correctional Officer by **November 24, 2025**, or explain to the Court why he is unable to do so, the Court will dismiss that party from the case.

**IT IS HEREBY ORDERED** that Sheriff Denita Ball is named as a nominal Defendant in this case for the limited purpose of helping Robinson identify the real name of John Doe Correctional Officer. The Clerk's office will update the docket accordingly.

**IT IS FURTHER ORDERED** that, pursuant to the informal service agreement between Milwaukee County and this Court, copies of the amended complaint and this order shall be electronically sent today to Milwaukee County for service on Sheriff Ball.

**IT IS FURTHER ORDERED** that Sheriff Ball does not have to respond to the complaint; however, she shall respond to discovery requests that Robinson serves to identify the real name of John Doe Correctional Officer.

Dated at Milwaukee, Wisconsin on September 9, 2025.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge